U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 2 2011
CLERK, U.S. DISTRICT COURT
by _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DARLA WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-680-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

ORDER

On June 1, 2011, United States Magistrate Judge Jeffrey Cureton issued his proposed findings and conclusions and his recommendation ("FC&R") in the above-captioned action. His recommendation is that the decisions of defendant, Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), that (1) based on the application for benefits under Title II of the Social Security Act protectively filed August 1, 2003, plaintiff, Darla Walker, was not entitled to a period of disability or disability insurance benefits between February 3, 2003, and March 26, 2007, and (2) based on the application protectively filed August 1, 2003, plaintiff was not eligible for Supplement Security Income disability benefits before March 26, 2007, be affirmed. Judge Cureton fixed a

deadline for service and filing of objections to the FC&R. Plaintiff timely filed objections, and Commissioner responded to those objections. After having reviewed the FC&R, the record, plaintiff's objections, Commissioner's response, and applicable legal authorities, the court has decided to adopt Judge Cureton's proposed findings and conclusions and to accept his recommendation. Therefore,

The court ORDERS that the decisions of Commissioner described above be, and are hereby, affirmed.

SIGNED July 22, 2011.

JOHN McBRYDE
United States District Judge